Certificate Number: 05781-ND-DE-041192123

Bankruptcy Case Number: 26-30325



05781-ND-DE-041192123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 3:00 o'clock PM PDT, Justin Schwanz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:    July 10, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:    President